COOLEY LLP
BEATRIZ MEJIA (190948)
(mejiab@cooley.com)
K.C. JASKI (334456)
(kjaski@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:     +1 415 693 2000
Facsimile:     +1 415 693 2222

KATELYN L. KANG (5745799)*
(kkang@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone:     +1 212 479 6000
Facsimile:     +1 212 479 6275

ROBBY L.R. SALDAÑA (1034981)*
(rsaldana@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, D.C. 20004-2400
Telephone:     +1 202 842 7800
Facsimile:     +1 202 842 7899

*(*Pro Hac Vice Pending)*

Attorneys for Defendant
Two Jinn, Inc., d/b/a ALADDIN BAIL BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA MEDINA, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>    v.<br><br>Two Jinn, Inc., d/b/a ALADDIN BAIL BONDS,<br><br>             Defendant. | Case No. 3:22-cv-02540<br><br>**DEFENDANT TWO JINN, INC.'S CERTIFICATION OF INTERESTED PERSONS AND ENTITIES**<br><br>N.D. Cal. Local Rule 3-15 |

Pursuant to N.D. Cal. Civil Local Rule 3-15, the undersigned counsel of record for Defendant Two Jinn, Inc. certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding through a direct or indirect ownership interest in Two Jinn, Inc.:

- Adler, Wallach & Associates, Inc. d/b/a AWA Collections
- Aladdin Bail Bonds New Mexico, LLC
- Aladdin Bail Bonds South Carolina, LLC
- Aladdin Bail Bonds Texas, LLC
- Aladdin Bail Bonds Utah, LLC
- Aladdin Bail NV, Inc.
- California Surety Investigations, LLC
- Melendrez & Sims, A.P.C.
- Monterey Financial Services, Inc.
- Northwest Surety Investigations, LLC
- Seaview Insurance Company
- Seaview Surety Holding, LLC
- Titan Receivables, Inc.
- Triton Holdings, LLC
- Triton Management Services, LLC
- Washington Fugitive Investigations, LLC
- Western Surety Investigators, LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CERTIFICATION OF INTERESTED PERSONS & ENTITIES
CASE NO. 3:22-CV-02540

These representations are made to enable the Court to evaluate possible disqualifications or recusal.

Dated: April 26, 2022

COOLEY LLP
BEATRIZ MEJIA (190948)
ROBBY L.R. SALDAÑA (1034981)
KATELYN L. KANG (5745799)
K.C. JASKI (334456)

By: _____
Beatriz Mejia

Attorneys for Defendant
Two Jinn, Inc., a California corporation, d/b/a
ALADDIN BAIL BONDS