Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Todd Logan (SBN 305912)
tlogan@edelson.com
Yaman Salahi (SBN 288752)
ysalahi@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

*Attorneys for Plaintiff and the Proposed Class*

Beatriz Mejia (SBN 190948)
mejiab@cooley.com
K.C. Jaski (SBN 334456)
kjaski@cooley.com
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Tel: 415.693.2000
Fax: 415.693.2222

Katelyn L. Kang (SBN 5745799)*
kkang@cooley.com
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Tel: 212.479.6000
Fax: 212.479.6275

Robby L.R. Saldaña (SBN 1034981)*
rsaldana@cooley.com
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, D.C. 20004-2400
Tel: 202.842.7800
Fax: 202.842.7899

(*Admitted *Pro Hac Vice*)

*Attorneys for Defendant Two Jinn, Inc., (d/b/a Aladdin Bail Bonds)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SARA MEDINA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>TWO JINN, INC., a California corporation, d/b/a ALADDIN BAIL BONDS<br><br>*Defendant*. | Case No.  4:22-cv-02540-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE: MOTION TO DISMISS BRIEFING SCHEDULE** |

1        Pursuant to Civil Local Rule 6-2, Plaintiff Sara Medina ("Plaintiff"), together with

2  Defendant Two Jinn, Inc. ("Defendant"), by and through their undersigned counsel, stipulate as

3  follows:

4        WHEREAS, Defendant Two Jinn, Inc. filed a motion to dismiss on June 2, 2022

5  (Dkt. 18);

6        WHEREAS, pursuant to Local Rule 7-3, Plaintiff Sara Medina must file her response to

7  Defendant's motion by June 16, 2022 (N.D. Cal. Civil L.R. 7-3), Defendant's reply in support

8  of its motion is due on June 23, 2022, and the hearing on said motion was originally set for

9  August 18, 2022 at 2:00pm (Dkt. 18) but subsequently re-set for August 25, 2022 at 2:00pm

10  (Dkt. 24);

11        WHEREAS, the parties have conferred and agree that, to ensure sufficient time to brief

12  the issues for the Court in light of pre-existing obligations in other matters, and, subject to the

13  approval of the Court, Plaintiff shall have until June 30, 2022, to respond to Defendant's

14  motion to dismiss, and that Defendant's reply in support of the motion to dismiss will be due

15  on July 14, 2022;

16        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that, subject

17  to the Court's approval, Defendant's pending motion to dismiss will be briefed on the

18  following schedule:

19

| Event | Deadline |
|---|---|
| Plaintiff's response to the motion to dismiss | June 30, 2022 |
| Defendant's reply in support of the motion to dismiss | July 14, 2022 |

STIPULATION RE: MOT. TO DISMISS SCHEDULE                     CASE NO. 4:22-CV-02540-JST

1    Dated: June 6, 2022                  Respectfully submitted,

2                                    By: */s/ Yaman Salahi*

Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Todd Logan (SBN 305912)
tlogan@edelson.com
Yaman Salahi (SBN 288752)
ysalahi@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

*Attorneys for Plaintiff Sara Medina and the Proposed Class*

By: */s/ Robby L.R. Saldaña*

Beatriz Mejia (SBN 190948)
mejiab@cooley.com
K.C. Jaski (SBN 334456)
kjaski@cooley.com
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Tel: 415.693.2000
Fax: 415.693.2222

Katelyn L. Kang (SBN 5745799)*
kkang@cooley.com
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Tel: 212.479.6000
Fax: 212.479.6275

Robby L.R. Saldaña (SBN 1034981)*
rsaldana@cooley.com
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, D.C. 20004-2400
Tel: 202.842.7800
Fax: 202.842.7899

(*Admitted *Pro Hac Vice*)

*Attorneys for Defendant Two Jinn, Inc., (d/b/a Aladdin Bail Bonds)*

STIPULATION RE: MOT. TO DISMISS SCHEDULE           CASE NO. 4:22-cv-02540-JST

1

## <u>ATTESTATION OF ELECTRONIC SIGNATURE</u>

2      I hereby attest that pursuant to N.D. Cal. Civil L.R. 5-1(h)(3), I have obtained the

3  authorization from the above signatories representing Defendant to file the above-referenced

4  document, and that the above signatories concur in the filing's content.

5                                                    */s/ Yaman Salahi*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ~~[PROPOSED]~~ ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED**:

Plaintiff's deadline to file a response to Defendant's pending motion to dismiss is now June 30, 2022, and the Defendant's deadline to reply in support of the motion to dismiss is now July 14, 2022.

ENTERED:  <u>June 15</u>, 2022

_____
Honorable Jon S. Tigar
United States District Court Judge

-5-