UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA MEDINA, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>TWO JINN, INC., et al.,<br><br>      Defendants. | Case No. 22-cv-02540-RFL<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFFS' THIRD AMENDED CLASS ACTION COMPLAINT SHOULD NOT BE UNSEALED**<br><br>Re: Dkt. No. 200 |

On September 11, 2024, Plaintiffs filed an administrative motion to consider whether another party's materials should be sealed as to Defendants Two Jinn, Inc. and Adler Wallach & Associates, Inc. Certain paragraphs in Plaintiffs' Third Amended Class Action Complaint and the associated redline were redacted because they contained information that Defendants asked Plaintiff to treat as confidential. Pursuant to Civil Local Rule 79-5(f)(3), Defendants were required to file within seven days of the motion's filing a statement and/or declaration as described in subdivision (c) of that same rule, setting forth why that information should remain sealed. To date, no such statement has been filed. Accordingly, Defendants are ordered to show cause, in writing, by **September 26, 2024,** why the documents should not be unsealed. Defendants' response shall comply with the requirements of Civil Local Rule 79-5(c) and this Court's Civil Standing Order. Failure to timely comply with this order will result in the unsealing of the information at issue.

      **IT IS SO ORDERED.**

Dated: September 19, 2024

                                                                         RITA F. LIN<br>
                                                                        United States District Judge