UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA MEDINA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TWO JINN, INC., et al.,<br><br>    Defendants. | Case No. 22-cv-02540-RFL (DMR)<br><br>**ORDER DENYING PLAINTIFFS' MOTION TO COMPEL**<br><br>Re: Dkt. No. 219 |

The parties filed a joint discovery letter in which Plaintiffs move to compel Defendant Adler Wallach & Associates, Inc. ("AWA") to respond to requests for production ("RFPs"). [Docket No. 219.]

Plaintiffs served the RFPs on September 16, 2024 even though the fact discovery cut-off was April 22, 2024.[1] [*See* Docket No. 70.] The RFPs are not enforceable. Civ. L.R. 37-3 ("[d]iscovery requests that call for responses . . . after the applicable discovery cut-off are not enforceable, except by order of the Court for good cause shown."). Additionally, "no motions to compel fact discovery may be filed more than 7 days after the fact discovery cut-off." Civ. L.R. 37-3. The joint discovery letter was filed on October 31, 2024, well after the fact discovery cut-off. Plaintiffs' motion to compel is denied as untimely.

**IT IS SO ORDERED.**

Dated: November 14, 2024

_____
Donna M. Ryu
Chief Magistrate Judge

---

[1] The court conferred with the Honorable Rita F. Lin and confirmed that discovery has not been re-opened.