1  Yaman Salahi (SBN 288752)
   yaman@salahilaw.com
2  SALAHI PC
   505 Montgomery St., 11th Floor
3  San Francisco, California 94111
   Tel: (415) 236-2352
4
   *Attorney for Plaintiffs*
5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8                  SAN FRANCISCO DIVISION

9

10 SARA MEDINA and ALICIA MARTINEZ,              Case No. 3:22-cv-02540-RFL
   individually and on behalf of all others similarly
11 situated,                                      **STIPULATION OF DISMISSAL WITH
                                                  PREJUDICE**
12                 *Plaintiffs,*

13         v.

14 TWO JINN, INC., a California corporation, d/b/a
   ALADDIN BAIL BONDS, and ADLER
15 WALLACH & ASSOCIATES, INC., a
   California corporation, d/b/a AWA
16 COLLECTIONS,

17                 *Defendants.*

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Sara Medina and Alicia Martinez, and Defendants Two Jinn, Inc. and Adler Wallach & Associates, Inc., hereby stipulate to voluntary dismissal of Plaintiffs' individual claims with prejudice. The claims of putative class members are dismissed without prejudice. This stipulation of dismissal terminates Plaintiffs' action in its entirety.

Dated: February 11, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ Yaman Salahi

　　　　　　　　　　　　　　　　　　　　Yaman Salahi (SBN 288752)
　　　　　　　　　　　　　　　　　　　　yaman@salahilaw.com
　　　　　　　　　　　　　　　　　　　　SALAHI PC
　　　　　　　　　　　　　　　　　　　　505 Montgomery St., 11th Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, California 94111
　　　　　　　　　　　　　　　　　　　　Tel: (415) 236-2352

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

Dated: February 11, 2025　　　　　　　　　By: /s/ Beatriz Mejia

　　　　　　　　　　　　　　　　　　　　Cooley LLP
　　　　　　　　　　　　　　　　　　　　Beatriz Mejia (190948)
　　　　　　　　　　　　　　　　　　　　(mejiab@cooley.com)
　　　　　　　　　　　　　　　　　　　　3 Embarcadero Center, 20th Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94111-4004
　　　　　　　　　　　　　　　　　　　　Telephone: +1 415 693 2000
　　　　　　　　　　　　　　　　　　　　Facsimile: +1 415 693 2222

　　　　　　　　　　　　　　　　　　　　Katelyn L. Kang (5745799)*
　　　　　　　　　　　　　　　　　　　　(kkang@cooley.com)
　　　　　　　　　　　　　　　　　　　　55 Hudson Yards
　　　　　　　　　　　　　　　　　　　　New York, NY 10001-2157
　　　　　　　　　　　　　　　　　　　　Telephone: +1 212 479 6000
　　　　　　　　　　　　　　　　　　　　Facsimile: +1 212 479 6275

　　　　　　　　　　　　　　　　　　　　Robby L.R. Saldaña (356226)
　　　　　　　　　　　　　　　　　　　　(rsaldana@cooley.com)
　　　　　　　　　　　　　　　　　　　　1299 Pennsylvania Avenue, NW, Suite 700
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004-2400
　　　　　　　　　　　　　　　　　　　　Telephone: +1 202 842 7800
　　　　　　　　　　　　　　　　　　　　Facsimile: +1 202 842 7899

　　　　　　　　　　　　　　　　　　　　Rachel Heller (335636)
　　　　　　　　　　　　　　　　　　　　(rheller@cooley.com)
　　　　　　　　　　　　　　　　　　　　Nachi A. Baru (345978)
　　　　　　　　　　　　　　　　　　　　(nbaru@cooley.com)
　　　　　　　　　　　　　　　　　　　　10265 Science Center Drive
　　　　　　　　　　　　　　　　　　　　San Diego, CA 92121-1117

|  |  |
|---|---|
|  | Telephone: +1 858 550 6000 |
|  | Facsimile: +1 858 550 6420 |
|  |  |
|  | (*Admitted Pro Hac Vice) |
|  |  |
|  | Attorneys for Defendant Two Jinn, Inc. |
| Dated: February 11, 2025 | By: /s/ David J. Kaminski |
|  | David J. Kaminski (SBN 128509) |
|  | kaminskid@cmtlaw.com |
|  | Martin Schannong (SBN 243297) |
|  | schannongm@cmtlaw.com |
|  | Michael P. Lavigne (SBN 216538) |
|  | lavignem@cmtlaw.com |
|  | CARLSON & MESSER LLP |
|  | 5901 W. Century Boulevard, Suite 1200 |
|  | Los Angeles, California 90045 |
|  | (310) 242-2200 Telephone |
|  | (310) 242-2222 Facsimile |
|  |  |
|  | Attorneys for Defendant Adler Wallach & Associates, Inc. |

## **ATTESTATION OF ELECTRONIC SIGNATURE**

I hereby attest that pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), I have obtained the authorization from the above signatories representing Defendants to file the above-referenced document, and that the above signatories concur in the filing's content.

/s/ Yaman Salahi